# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2014

## NO. 03-13-00686-CV

**Greg Abbott, Attorney General of the State of Texas, Appellant**

**v.**

**City of Dallas, Appellee**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
DISSENTING OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 3, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.